# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  24-mj-118 |
| **MARIO ALONSO ALDANA-CARPIO** | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   August 2, 2024   in the parish of   Orleans   in the
  Eastern   District of   Louisiana  , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Violation of Title 8, U.S.C. Section, 1326 | Illegal Reentry of a Removed Alien. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

/s/ *Timothy B. Davis (Badge #23185)*

*Complainant's signature*

Timothy B. Davis
Acting Patrol Agent in Charge
New Orleans Border Patrol Station
United States Border Patrol

Sworn to before me and signed in my presence.

Date:  August 5, 2024

*Judge's signature*

City and state:   New Orleans, Louisiana

Honorable Donna Phillips Currault, U.S. Magistrate Judge
*Printed name and title*

___Fee_____
___Process_2cc:USM____
___Dktd_____
___CtRmDep_____
___Doc. No_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 24-mj-118 |
| v. | * | SECTION: MAG |
| MARIO ALONSO ALDANA-CARPIO | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Timothy B. Davis, being duly sworn, state as follows:

1. I am the Acting Patrol Agent in Charge (APAIC) of the New Orleans Border Patrol Station (NLS) of the United States Border Patrol (USBP), currently located at 423 Canal Street, New Orleans, Louisiana. I am a graduate of U.S. Border Patrol Academy and have been an Agent in the Border Patrol since June 10, 1997. I have been a Supervisory Border Patrol Agent (SBPA) since October 19, 2006, and have over 27 years of experience as a law enforcement officer.

2. My official duties with the USBP include enforcement functions relating to the investigation, identification, arrest, and prosecution of individuals in violation of the immigration laws of the United States as well as other statutes.

3. This affidavit is submitted in support of a criminal complaint charging **MARIO ALONSO ALDANA-CARPIO (ALDANA-CARPIO)** with violating 8 U.S.C. § 1326, Illegal Reentry of a Removed Alien.

4. As described herein, **ALDANA-CARPIO** is an alien assigned Alien Registration Number XXX XXX 732, who has at least one formal deportation on or about January 10, 2006.

5. On August 2, 2024, **ALDANA-CARPIO** was encountered during a traffic stop near New Orleans, Louisiana, as one of the passengers of a 2004 blue Nissan Frontier with Texas license plate TPL1905. The registered owner of the vehicle, Atanacio Calles-Orellana, an

undocumented non-citizen from El Salvador with a previous deportation from the United States. The subject was targeted based on intelligence derived from a previous drunk driving conviction stemming from an October 15, 2023, arrest. I first observed the 2004 blue Nissan Frontier as I arrived at Calle's suspected residence. Upon arrival, the vehicle departed the residence, and I followed the vehicle. I verified that the vehicle belonged to Calles by running the running the vehicle license plate (TX TPL1905) and was able to positively identify the driver of the vehicle using Calle's photograph obtained from record checks.

6. I initiated a vehicle stop once **ALDANA-CARPIO** pulled onto Oleander Street and the vehicle stopped in a Shell gas station parking lot near the corner of Oleander Street and Carrollton Avenue in New Orleans, Louisiana. I approached the vehicle on the passenger's side and identified myself as a United States Border Patrol Agent. I was able to clearly see that there were four adult passengers in the vehicle. As the back seat passenger rolled down his window, I could smell the distinct aroma of marijuana emanating from the vehicle. To positively identify the driver of the vehicle, I asked the driver, later positively identified as Atanacio Calles-Carpio, for his driver's license, and the vehicle's registration. Calles stated that he did not have a driver's license. I asked Calles if he was the owner of the blue Nissan Frontier and Calles stated that he was the owner.

7. I questioned Calles and the other passengers as to their citizenships and right to enter, pass through or remain in the United States legally. Calles and the other passengers freely admitted to being citizens and nationals of El Salvador, and that they did not have any documents that would allow them to enter, pass through, or remain in the United States legally.

8. All of the vehicle occupants were arrested and transported to the New Orleans Border Patrol Station for processing. **ALDANA-CARPIO** was processed using the e3/IDENT and

IAFIS electronic systems. His fingerprints were electronically scanned and were automatically matched by computer to his fingerprints in prior immigration records. **ALDANA-CARPIO's** identity was positively confirmed based on records checks received from computerized fingerprint analysis and visual analysis of prior immigration photographs of **ALDANA-CARPIO**.

9. Record checks revealed that on December 28, 2004, U.S. Border Patrol Agents arrested **ALDANA-CARPIO** after he had illegally entered the United States on December 26, 2004. During the encounter, **ALDANA-CARPIO** freely admitted to being a citizen and national of El Salvador and that he illegally entered the United States or near Eagle Pass, Texas. **ALDANA-CARPIO** was arrested as part of a group of undocumented non-citizens that were actively smuggling duffle bags into the United States that contained marijuana. As a result of the encounter **ALDANA-CARPIO** was charged with and convicted of an aggravated felony, namely, possession of marijuana with the intent to distribute. **ALDANA-CARPIO** was incarcerated for 12 months and 1 day. Thereafter **ALDANA-CARPIO** was order deported from the United States by an Immigration Judge and was removed to his native country of El Salvador on January 10, 2006.

10. I have conducted electronic database queries through law enforcement computer indices on **ALDANA-CARPIO** and, according to your Affiant's review of U.S. Immigration records, there is no record of **ALDANA-CARPIO** ever having received express permission to reenter the United States from the Attorney General or the Secretary of the Department of Homeland Security.

11. **ALDANA-CARPIO** is a native and citizen of El Salvador who has no claim of United States citizenship or lawful immigration status. **ALDANA-CARPIO** most recently entered the United States unlawfully on January 20, 2013.

12. Based on the foregoing, I believe that probable cause exists that **ALDANA-CARPIO** reentered the United States, without the Attorney General or the Secretary of the Department of Homeland Security having expressly consented to his reapplication for admission, after having been ordered deported and removed from the United States, all in violation of 8 U.S.C. § 1326, Illegal Reentry of a Removed Alien. Affiant also prays that the Court will issue an arrest warrant for **ALDANA-CARPIO** for said violation.

Respectfully submitted,

*/s/ Timothy.B.Davis* (Badge No. 23185)
Timothy B. Davis
Acting Patrol Agent in Charge
New Orleans Border Patrol Station
United States Border Patrol

*Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.*

Subscribed and sworn to before me,
on this ___5th___ day of August , 2024

_____
HONORABLE DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE