# EASTERN DISTRICT OF LOUISIANA

Mag Number: 24-118  (Complaint) / Warrant from another district

Defendant(s)

Mario Alonso Aldana-Carpio

Violation(s)

Illegal reentry of a removed alien aggravated felon

8 USC 1326

U.S. Attorney: Irene Gonzalez

Date assigned: August 5, 2024

Interpreter needed? (YES)   NO

Sealed?   YES   (NO)

Court date and Time: August 5, 2024 at 2:00 p.m.

Before Magistrate Judge: Donna Phillips Currault